**WO**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Natasha Harris, et al., | No. CV-10-2611-PHX-SMM |
| Plaintiffs, | |
| vs. | **ORDER DISMISSING CASE WITH PREJUDICE** |
| United States of America, | |
| Defendant. | |

Pending before the Court is the parties' Joint Stipulation for Dismissal With Prejudice. (Doc. 26.)

Good cause appearing,

**IT IS HEREBY ORDERED DISMISSING WITH PREJUDICE** any and all claims with all parties to bear their respective costs and attorney's fees. (Doc. 26.) Counsel for Plaintiff Natasha Harris will secure releases of all liens and hold Defendant United States of America harmless.

**IT IS FURTHER ORDERED VACATING** the status hearing set for **Monday, November 26, 2012 at 2:30 p.m.**

DATED this 21st day of November, 2012.

Stephen M. McNamee
Senior United States District Judge